UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| YASSER HAIDER, | ) | CASE NO. 24-04900-JMC-7 |
| | ) | |
| Debtor. | ) | |

### AFFIDAVIT OF YASSER HAIDER IN RESPONSE TO MOTION FOR TURNOVER

Yasser Haider, being first duly sworn upon his oath, states as follows:

1. I am the Debtor in this bankruptcy case. I am over the age of eighteen (18) years, am competent to testify, and have personal knowledge of the facts set forth herein.

2. I have reviewed the "Amended Motion for Turnover" ("Turnover Motion") filed by the Trustee in this case on January 15, 2025. This Affidavit constitutes my response to the Turnover Motion, in addition to delivery to the Trustee of all requested documents that exist and are within my possession, custody, or control.

3. Item no. 1 of the Turnover Motion seeks "An explanation of why the 2014 Infiniti Q60 is not scheduled, as well as the other vehicle registered with the BMV in the Debtor's name for the year 2024." Here's that explanation:

    a. The 2014 Infiniti Q60 is owned solely by my nephew, Abdul Rahman Umer . I have never had any ownership in that vehicle. It is registered in my name only because my nephew's immigration status did not permit him to register the vehicle in his own name when it was acquired (about 2018). If requested, I can provide an affidavit from my nephew to confirm these facts.

    b. The "other vehicle registered with the BMV in the Debtor's name for the year 2024" presumably refers to my 2019 BMW m550, which in fact was listed in my

petition and schedules. I originally hoped to reaffirm the loan for that car but have now decided to surrender it to the lender (Huntington Bank). To the best of my knowledge and investigation, I do not have any other vehicles listed in my name with the BMV. If the Trustee's reference is to a different vehicle, I will answer for it when he tells me what it is.

4. Item 2 of the Turnover Motion seeks "An accounting of the sale of the 2019 Mercedes AMG GT on 8/9/24 for $112,000 and what happened to the net proceeds from same, including the identity of the recipient(s) (including but not limited to Abadullah Haider) and how they spent the amounts they received from the Debtor." Here's that explanation:

   a. As stated in my amended statement of financial affairs, I sold the car on August 9, 2024 to P.A-Max Imports LLC d/b/a Fishers Imports, 9550 E. 126th St., Fishers IN 46038. After paying off my prior loan, I realized $34,000 from the sale. As I recall, about $13,200 of the money went to payments on my mortgage with PNC Bank and for my 2019 BMW m550 auto loan. I also paid Washington Square Mall $4,500 for delinquent rent for my business, Gold N Gems, before transferring it in August 2024.

   b. The remaining $16,000 or so was used to pay startup costs, including some inventory and equipment purchases, for a new auto restoration service business started by my father, Abadullah Haider, in Anderson, Indiana, for which I am currently working. The startup money is all gone and the business has had a rough start. It has made very little money and I have not been paid for most of the time I have worked there.

5. Item no. 3 of the Turnover Motion seeks "All bank statements of the Debtor's accounts from 6/11/24 to 8/8/24." Unfortunately, I do not have those statements (for PNC Bank) and lost the ability to access them online when I closed my account last year. I do have statements

2

covering the period from August 9, 2024 to November 8, 2024, and will submit copies of those to the Trustee. I am also willing to cooperate with the Trustee in obtaining statements directly from PNC Bank for the requested period.

6. Item no. 4 of the Turnover Motion seeks "All PayPal statements for the Debtor's accounts from 6/11/24 to 9/9/24." I will submit copies the requested statements to the Trustee.

7. Item no. 5 of the Turnover Motion seeks my "2023- and 2024-income tax returns (State and Federal)." I will submit copies of my 2023 federal and state returns to the Trustee, but do not have copies of my 2024 returns because I have not yet filed my taxes for 2024.

8. Item no. 6 of the Turnover Motion seeks "Any and all agreements with others as of the petition date for the payment of money due the Debtor." I have no responsive documents because there were and are no such agreements.

9. Though not addressed directly in the Turnover Motion, the Trustee has previously requested documentation of my transfer of my business Gold N Gems to New Jewelry N More LLC in August 2024. I will submit that documentation, which includes the value of assets transferred, to the Trustee.

## VERIFICATION

I affirm, under the penalties for perjury, that the foregoing factual representations are true and correct.

box SIGN          1RXLRPKP-17ZYWKW9

Yasser Haider

3

Respectfully submitted,

/s/ Matthew Foster
Matthew Foster (16400-49)

Foster Law LLC
9511 Angola Court, Suite 310
Indianapolis IN 46268
efiling@fosterlaw.llc // 317-399-4686

Attorney for Debtor

## CERTIFICATE OF SERVICE

      I certify that on February 5, 2025, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

/s/ Matthew Foster
Attorney for Debtor