**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| YASSER HAIDER | )  CASE NO. 24-04900 JMC |
| | ) |
| DEBTOR | ) |

**NOTICE OF POSSIBLE ASSETS**

     Thomas A. Krudy, in his capacity as the Chapter 7 trustee of this bankruptcy proceeding, hereby notifies the Court that there are possible assets in this case, the administration of which may result in a dividend to creditors. The Clerk's office is requested to issue a Notice of Last Day to File Claims pursuant to Bankruptcy Rule 3002 (c) (5).

Date: February 19, 2025

                                          Respectfully submitted,

                                          /s/ Thomas A. Krudy, Trustee
                                          236 E. 15th St.
                                          Indianapolis, IN 46202
                                          Phone: (317) 635-4428
                                          FAX:
                                          tkrudytrustee@gmail.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 19, 2025, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the court's system or via the US Postal Service.

United States Trustee
ustpregion10.in.ecf@usdoj.gov

Matthew W. Foster
Efiling@Fosterlaw.llc

Haider, Yasser
6879 Carters Grove Dr
Noblesville, In 46062

                                          /s/ Thomas A. Krudy
                                          Thomas A. Krudy, Trustee